UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

KATHY LYNETTE LEWIS, et al.,

                Plaintiffs,

        v.                              CIV. NO. S-03-1476 LKK/DAD

GAIL NORTON, in her capacity
as the Secretary of the
Department of the Interior,

                Defendants.
_____/

CLIFFORD M. LEWIS, et al.,

                Plaintiffs,

        v.                              CIV. NO. F-10-1281 OWW/DLB

KEN SALAZAR, Secretary of the
Interior for the United States
of America, et al.,

                Defendants.        <u>NON-RELATED CASE ORDER</u>
_____/

    Pending before the court is a notice of related cases. This court issued an order dismissing the above-captioned case on November 6, 2003. Defendants have notified the court that this

1  case may be related to Case No. 10-1281.
2       After a review of the cases, the court concludes that case
3  number 10-1281 is not related to the above-captioned case within
4  the meaning of Local Rule 83-123(a), and the court therefore
5  DECLINES to relate the cases.
6       IT IS SO ORDERED.
7       DATED:  December 2, 2010.

```
                                 LAWRENCE K. KARLTON
                                 SENIOR JUDGE
                                 UNITED STATES DISTRICT COURT
```